**ORIGINAL**

1983 FORM Rev. 01/2008

Chayne Michael Marten A6094402
Name and Prisoner/Booking Number

Halawa Correctional Facility
Place of Confinement

99-902 Moanalua Road
Mailing Address

Aiea 96701
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 25 2022

at 3 o'clock and 30 min. P M
CLERK, U.S. DISTRICT COURT

cc: SOM/Filion   LS

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Chayne Michael Marten
(Full Name of Plaintiff)

Case No. **CV22-00393 SOM WRP**
(To be supplied by the Clerk)

vs.

Halawa Correctional Facility

State of Hawaii

Department of Public Safety

Max N Otani
(Full Names of Defendants; DO NOT USE et al.)

**PRISONER CIVIL RIGHTS COMPLAINT**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

    a. ☑ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
    b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
    c. ☐ Other: (Please Specify) _____

2. Plaintiff: Chayne Michael Marten

    Institution/city where violation occurred: Halawa Correctional facility Aiea HI 96701

3. First Defendant*: Max Otani

    This defendant is a citizen of (state and county) Director of the State of Hawaii
    and is employed as: Honolulu 96813

    Department of Public Safety  at  Public Safety
    (Position and Title)                    (Institution)

    This defendant is sued in his/her ___ individual ✓ official capacity (check one or both). Explain how

Received By Mail
Date AUG 25 2022

1

Mailed On   FSC, FS IFP,
Date 8/26/2022   NANOBOOK

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
_Employee, Agent for the State of Hawaii_
_Director of Public Safety_

4. Second Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
(Position and Title)                     (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_____

_____

5. Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
(Position and Title)                     (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*        A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

        "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☑ No

2. If your answer is yes, how many?: _____   Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a. Plaintiff _____N/A_____

      Defendants _____

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county):
      _____

   c. Claims raised: _____

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____

   e. Approximate date of filing lawsuit _____

   f. Approximate date of disposition _____

4. Second previous lawsuit:

   a. Plaintiff _____N/A_____

      Defendants _____

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county):
      _____

   c. Claims raised: _____

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____

   e. Approximate date of filing lawsuit _____

   f. Approximate date of disposition _____

3

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

   a. Plaintiff _____ N/A _____

      Defendants _____

   b. Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

      _____

   c. Claims raised: _____

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

      _____

   e. Approximate date of filing lawsuit _____

   f. Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6. Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ✓No.

   **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM Rev. 01/2008

# C. CAUSE OF ACTION

# COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
Failure to treat in a timely manor

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐ Mail   ☐ Access to the court   ☑ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

They did not provide me a safe enviroment to eat my meals on August 21, 2020 I went to dinner while in the dinning hall there was a large puddle of water. There was no cone or warning that there was excess water on the floor. I slipped and fell causing injury to my neck and back. Medical gave me only Ice I had to wait I had to wait weeks to see a doctor or get x rays. I should have been sent to the hospital I had to wait 18 months to see a neuro surgeon

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
I filed several Grievances, just to receive physical therapy. I was forced to wait over six months. They said I mean medical said I could see an outside physican but I had to wait a year and six months

5

1983 FORM Rev. 01/2008

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): Failure to provide therapy and appointment to see outside doctor.

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐ Mail   ☐ Access to the court   ☑ Medical care   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

I was forced to endure months of pain with little medications to help me. I had to suffer sleepless nights with severe pain while I waited for pain medications. I was told that no Neurosurgeon would treat a convict so I waited eighteen months before my wife decided to call on her own. Within one hour Queens Medical Center said they would see me. Deputy Warden Calvin Mock called medical and booked my appointment. I suffered medical neglect

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

6

1983 FORM Rev. 01/2008

# COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐ Mail   ☐ Access to the court   ☑ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to award me monatory settlement for ~~negetigence~~ negligence in providing me a safe place to eat and for medical negligence in not providing timely care.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this 16th day of August (month), 2022 (year)

Choyne Marter
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.