**ORIGINAL**

1983 FORM Rev. 01/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2022

at 12 o'clock and 15 min. P M
John A. Mannle, Clerk   LS

cc: soml Giou

Name and Prisoner/Booking Number: Chayne Marten A6094402

Place of Confinement: Halawa Correctional Facility

Mailing Address: 99-902 Moanalua Road

City, State, Zip Code: Aiea, Hawaii, 96701

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

(Full Name of Plaintiff): Chayne Michael Marten

Case No. Civil No. 22-00393 SOM-WRP
(To be supplied by the Clerk)

**PRISONER CIVIL RIGHTS COMPLAINT**

"Jury trial demanded"

vs.

(Full Names of Defendants, DO NOT USE et al.):
State of Hawaii
Michael Bala,
Mandy Feidt
Moanikeala Cummings
Christina Vidinha
April Amasi
Mr Asato
Mr Weaver
Dr Hatakeyma
Staff Supervisor Tina

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

### A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☒ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: _____

   Institution/city where violation occurred: _____

3. First Defendant *: _____

   This defendant is a citizen of (state and county) _____
   and is employed as:

   _____ at _____
   (Position and Title)         (Institution)

   This defendant is sued in his/her ✓ individual ✓ official capacity (check one or both). Explain how

1

Received By Mail
Date DEC 27 2022

Mailed On
Date 12/27/2022   LS

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_____

_____

4. Second Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
(Position and Title)              (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_____

_____

5. Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
(Position and Title)              (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*     A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:   ☑ Yes   ☐ No

2. If your answer is yes, how many?: This one   Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a. Plaintiff _____

      Defendants _____

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): Civil No. 22-00393 SOM WRP

   c. Claims raised: Medical Indifference, violation of Due Process and Constitutional 8 amendment and safety issues.

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

      _____

   e. Approximate date of filing lawsuit _____

   f. Approximate date of disposition _____

4. Second previous lawsuit:

   a. Plaintiff _____

      Defendants _____

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county):

      _____

   c. Claims raised: _____

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

      _____

   e. Approximate date of filing lawsuit _____

   f. Approximate date of disposition _____

3

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

    a.   Plaintiff _____

          Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):
_____

    c.   Claims raised: _____

    d.   Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.   Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ___No.

    **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury.** See 28 U.S.C. § 1915(g).

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
   Medical Indifference, Violation of Due Process and eighth amendment

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   ☐ Mail   ☐ Access to the court   ☑ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

   Dr Hatakeyma said I may need surgery and he would refer me to a specialist. If it were that important why was I forced to wait 3 months for x-rays, eight months for P.T. and a year and a half to see a specialist. He did not support Dr Hishida wishes to prescribe medications but instead stopped all pain medication causing suffering and mental anguish.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
   physical pain and suffering and the fear I could wake up paralized. He did nothing to expidite my appointment with the specialist

5

1983 FORM Rev. 01/2008

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): Medical neglect and indifference.

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Mr Asato was the adult correctional officer on duty at the dinning hall he stood right behind a large pool of water on the cement floor. He was facing the pool of water and was well aware it was a safety risk. He laughed when I slipped and fell and needed help getting back on my feet. The pool of water was present when my Quad arrived for dinning. He could have had kitchen staff mop it up. Instead he thought it was a joke and laughed when I fell he waved his arms like an umpire signeling and yelling safe as though I slid into base in a baseball game. He had no warning signs or any means to alter one to an impending danger. I'm seventy years old and I was injured.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
whiplash, neck injury back injury and hip injury neck and back causing me extreme pain it was cronic now less so but still a problem especially when trying to sleep.

1983 FORM Rev. 01/2008

# COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s): Medical negelect, indifference

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Staff supervisor Tina, told my wife she wasn't able to shedule me an appointment with a specialist. She said she had been trying for a year and a half but no specialist would see inmates. My wife called Queens Medical Center it was her first call she asked staff of they would see an inmate. they answered yes over the years they have never turned down an inmate that had a doctors refferal. I believe Tina never tried to make me an appointment she just allowed me to suffer.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

excessive pain and suffering lack of sleep due to pain
She could have booked the appointment immeadiatly after Dr Hatakiyoma
(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)
first wanted me to see a specialist

7

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Court to bring my complaint to trial. I seek future care for my injuries and I seek monetary relief.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this 17th day of December, 2022.
                 (month)        (year)

Dwayne Marten   HCF A6094402
(Signature of Plaintiff)

H.C.F. 99-902 Moanalua Rd.
Aiea, HI 96701

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8

Chayne Marten
H.C.F.
12/17/22
99-902 Moanalua Rd
Aiea, HI 96701

Civil Rights complaint with partial leave to amend.

In the United States District Court
For District of Hawaii

Case No 22-00393 SOM-WRP

Safety.

Court Clerk

On August 21, 2020 I went to the dinning hall to eat. After recieving my meal I approached the machine that provided drinks. I than slipped on a large puddle of water and fell on the cement floor injuring my hip, back, and neck. Mr Asato was the Adult correctional officer on duty. He was standing right behind the large pool of water and laughed when I fell, he throw out his arms and yelled safe as though I were a baseball player slidding into base. everyone laughed. I was helped to my feet by another inmate my meal was spread over the cement. I did not eat instead I was helped to medical. Mr Asato was well aware their was a safety issue but ignored it. My Quad had just arrive to dine the pool of water was there when the quad that had just finished dinning had left. There was no warning sign, cone or any other means to alert us to the impending danger. It should have been mopped up immeadiatly when he first become awie or prior to my Quad entering the dinning hall. Not only did Mr Asato Know of the safety issue he failed to correct the issue. He could have had a Kitchen worker mop it up. He simply did not care. As a result I was severly injured after all I an seventy years old.

Chayne Marten

Civil No 22-00393 SOM-WRP.

Court Clerk

Safety.                                                             12-17-22

On August 21, 2020 after slipping on the cement floor in the dinning hall I was escorted to the medical unit upon arrival I was seen by nurse Michael Bala. He asked questions regarding my fall. He wanted to know if I wanted to go to the hospital I thought it was a good idea and told him so. I added that I was told if I went I would be moved out of my cell and put in quarentee upon my return. I wouldn't have phone privilages and wouldn't be able to inform my wife what happened or why I wasn't calling her. He confirmed that was in fact the case. I told him of my concern and he said its better that I wait and see their Doctor first I was hardly able to walk. He said wait and see how you feel tomorrow and call your wife tonight. I was returned to my Quad in a wheel chair. I believe he should have insisted. The next morning I could hardly lift my head from the pillow. My neck and back was giving me seveor pain. I asked nurse Moanikala Cummings if I could go to the hospital she said better wait to see the Doctor first it was friday and the doctor wouldn't be in until Monday she said I could see him then but by monday he didn't come to work. I wasn't able to see the doctor for a few more days. I spent the time in bed suffering with pain. I even feared moving my body to go to medical who only gave me ice and tynelol.

Chayne Marten

Civil No 22-00393 SOM WRP.

Court clerk. 12-17-22

    I asked nurse Bala, After seeing specialist Dr Hoshide why I was not receiving the medications Dr Hoside precribd. He said I don't know it's not up to me. On October 1st 2021 I complaned to Nurse April that I was having kidney pain she said she would report it. Immordiatly after telling her medical stopped giving me 850ml of Ibuprofen three times a day for over a year along with 500ml of acetominophenes three time daly for over a year. and replaced them with nothing for pain. I requested outside care see Grievence # 000728.

    Before seeing the specialist I asked nurse Netti if medical would relese their medical hold on me so that I could be transfered to a minimum security facility since I qualified for transfer. Nurse netti said I could be released if I sign a form stating I refuse to see a neurosergeon. I said I would not do that.

    Violation of my 8th Amendment allowing a hazzardous condition to persist and denying an adaquate medical care. Civil procedure

Chayne Marten

Chayne Marten.

Civil No 22-00393 SOM-WRP
Court Clerk.

Medical indifference. 12-17-22

On October 16 2020 I submitted a step two administrative remedy form asking to be seen by a neurosurgeon. No immediate reply then again on December 23rd 2020 I submitted a step three administrative remedy form asking to see the neurosurgeon. Medical said there trying. I also complained I often had to wait several days and at times several weeks please see Grievances attached.

On February 21, 2021 Medical Director Caroline Mee wrote a letter to me in response to my step three administrative remedy form Mee explained that my P.T. sessions were not immediately scheduled because of the number of inmates ahead of me Mee reminded me that I was welcome to seek and pay for a visit to see a private neurosurgeon But perhaps she didn't know that H.C.F. took my Social Security payments away along with my medicare coverage and also my Kaiser coverage when I entered prison. I told medical nurse Michael Bala I would try and pay for the visit myself He said good luck getting two ACOs to escort you to your appointment and I would have to pay them out of pocket for their time not to mention H.C.F. is short handed.

Look at these facts regarding medical indifference.
A. I had to wait several days to see a physician immediately after accident
B. I had to wait nearly three months for X rays.
C. I had to wait over eight months before receiving physical therapy.
d. I had to wait a year and a half, 18 months to see a specialist.

After I finally saw a specialist he prescribed both pain meds and sleep meds. but H.C.F. denied both prescriptions and I received nothing for pain or sleep.

Chayne Marten

Chayne Marten
A6094402

Civil No 22-00393 SOM-WRP

Court Clerk.

Due Process 12-17-22

In regards with interfearance of my mail, all outgoing mail is screened in the mailroom with exception of Attorney privileged mail. I understand why but the fact remains some of my mail has mysterously disapeared and other mail reaching it's destination weeks after I sent it out. One time I was told the mailroom employee was on vacation. Even mail that was time sensitive. I understand all incoming mail must be screened. but why do they screen mail coming from the Parole Board, Public Safety and the courts. I think in the case of the courts the institution being sued wants to know the strength of my case. I've noticed the facility doctor and the specialist seem to have changed their demeanor. Interfering with my mail or delays in sending it out is not right.

ACO Weaver returned my mail after having sent it to the court stating it could not be sent out as legal mail. The last complaint was never recieved or sent back to me. What happened to it is anyone guess.

I commenced this action by sending another completed complaint. what evidence can an inmate show to prove motive for interfearing with mail delivery. The motive could be to delay time sensitive mail or simply to trash it. this wasn't the 1st incident.

Chayne Marten

Civil No 22-00393 SOM-WRP

Court Clerk.                                                page A

## Medical Neglect                          12-17-22

The court explained that I failed to allege I suffered a serious medical need immediately after the fall. I told Nurse Michael Bala I wanted to go to the hospital and be seen by a doctor. He said it would be better to wait and first see their Doctor. He said wait and see how you feel tomorrow. I was dismissed. He should have insisted I go when not sure side with caution.

The court further explained that I failed to allege that a prison official was deliberately indifferent to a serious medical need. However I constantly complained to Nurses Michael Bala, Mandy Feldt, Moanikeala Cummings, Christina Vidinha, and April Ammasi and staff supervisor Tina. I told them how much pain I was in I complained I wanted to see a specialist. It didn't do any good.

On August 23, 2020 I returned complaining of pain I told nurse Cummings I wanted to go to hospital or see facility doctor immediately. She said just hang in there. On August 24 I signed a step one administrative remedy form asking for x rays and to see a doctor. A week later I saw Dr Hatakeyama who ordered x rays I believe I waited approximately three months before receiving the first set of x rays. Dr Hatakeyma also ordered physical therapy. I waited almost nine months before receiving physical therapy. Medical claims there were other inmates ahead of me I believe medical should triage those of us who are suffering most like an emergency room would.

After the x rays were done Dr Hatakeyma went over the x rays with me he showed me the area of my spine he was most concerned with

Chayne Marten

Chayne Marten

Civil No 22-00393 SOM-WRP

page B.
12-17-22

and said your cervical 7th vertebre is damaged and may need surgery I would like you to see a specialist. He said some of the damage is due to aging but some from the accident. I question why didn't his records reflect this conversation instead he writes he found no acute injuries if that were true why did he tell me he was going to refer me to a specialist. I wonder if it were because he feared I would sue the facility. Waiting eight months for physical therapy is medical indifference.

A third set of x rays was ordered by Doctor Glidewell, Romey she showed me the x rays she ordered and said there was alot of damage and that she believes I have a pinched nerve causing the numbness in my right hand and arm. She said its possible that fussion may be necessary in my future. She said I will order you more physical therapy.

A few weeks later nurse April Ammasi came to my Quad asking to speak to me she had a form in her hand and asked me to sign it I asked her what was I about to sign she stated you need to sign this in order to get physical therapy. I told her in the past when I received P.T. I didn't have to sign anything. She then said well do you want P.T. or not I said yes I do then she said sign this form I took the form and read it. It was a medical release form to real release my medical information from Queens Hospital. I told her I didn't feel comfortable signing it she said O.K. then your refusing P.T. I told her I want P.T. I just don't feel comfortable really it's not necessary to get P.T. she said O.K. I guess you don't want it.

Chayne Marten

Docket NO
   22-00393 SOM-WRP.

Court clerk.

   Cause of Action
   1. medical care.
   2. Count involves medical care.
   3. Supporting Facts.


Michale Bala RN.
   Saw me on the day of my injury and failed to allow me to go to hospital. even though I said I wanted to. He suggested I wait, if I had gone I would have received X rays and they could have seen the severity of the injury He discounted my wishes. And talked me into waiting which turned out to not be in my best interest. when not sure what to do side with caution.


Injury
   I have suffered physical pain and mental anguish waiting what seem like forever to get the help and attention I needed.

                                                        dhayne malki

A6094402.

Civil No 22-00393 SOM WRP.

Court Clerk.

Cause of Action medical Indifference.

1. medical care.
2. Medical Indifference.
3. Supporting facts.

April Amasi.

Would not allow me to receive physical therapy unless I first sign a medical release of Information from Queens Medical Center.

Injury.
unable to receive P.T. that would have relieved pain of suffering denied medical care ignored multiple times asking her why my pain meds were delayed for days and sometimes weeks.

Shayne Martin

Civil No 22-00393 SOM WRP

Court Clerk.

    Cause of Action   Medical Indifference.

1. Medical care.
2. Medical Indifference.
3. Supporting facts.

    Mandi Feldt.

Mandi also told my wife Lynette Morter that they meaning medical was trying to get me an appointment with a specialist but after eighteen months of trying with no luck, my wife called Queens and was told they see inmates from H.C.F all the time and just to send them a refferal and they would book my appointment. She was less then honest implying that no one would see inmates. and making me wait so long. please read accompening documentation.

    Injury.
    Suffering and pain for a prolonged amount of time.

Chayse Morter

A 6094402.
M.C.F.
99-902 Moanalua Rd
Aiea, HI 96761

Civil No 22-00393 SOM WRP.

Court Clerk,

Cause of Action

1. Medical care.
2. Count involves Not allowing me to see private doctor Therefore Medical care.
3. Supporting facts.

State of Hawaii

Responsible for their employees.

1. They took away my Social Security benifits along with my medical coverage I lost my Medicare benifits. I'm seventy years old. they took away my Kaiser Coverage. If I had my benifits I could have seen my own doctors. and would not have had to wait three months for X rays. eight months for P.T. and a year and a half for a specialist appointment.

Injury

I could have suffered much less with proper car and be relieved I had the best care available instead I have been subject to Prison Doctors who I believe try and protect the state. down playing the scope of my pain and suffering and injuries. including pinched nerves I would love to afford a another opinion from a private doctor not under state pressure.

Shayne Marter

Shayne Marten
A6094402

Civil No 22-00393 SOM WRP.

Court clerk.

Motion for appointment of counsel.

I have been unable to find an attorney who will represent an inmate for a slip and fall.

Shayne Marten